Motion to approve settlement granted 10/9/2020.
s/  *James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DEEANDRA TERRELL**, on behalf of herself and all others similarly situated, ) | CASE No. 1:19-cv-2762 |
| ) | |
| ) | **JUDGE JAMES S. GWIN** |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT MOTION FOR** |
| ) | **FAIR LABOR STANDARDS ACT** |
| **HEALTH CARE BRIDGE, INC.**, *et al.*, ) | **SETTLEMENT APPROVAL** |
| ) | |
| Defendants. ) | |

**I.    INTRODUCTION**

Representative Plaintiff Deeandra Terrell ("Representative Plaintiff") and Defendant Health Care Bridge, Inc., Health Care Bridge, LLC, and Home Health Care Bridge, LTD ("Defendants")[1] (collectively, the "Parties") respectfully move this Court to approve the proposed Fair Labor Standards Act of 1938 (FLSA) settlement reached by the Parties and memorialized in the attached Joint Stipulation of Settlement and Release (the "Settlement" or "Agreement").

The proposed Settlement will resolve bona fide disputes involving overtime compensation claims under the FLSA, 29 U.S.C. § 201, *et seq.*, and Ohio Revised Code (O.R.C.) § 4111.03(D), as well as for violations of O.R.C. § 4113.15 (Ohio Prompt Pay Act). For settlement purposes only, the Parties agree that Representative Plaintiff and the "Eligible Settlement Participants" (as defined below) are similarly situated for purposes of 29 U.S.C. §216(b) and consent to Court-facilitated notice of the pendency of this action and proposed settlement thereof to the Eligible Settlement Participants.

---

[1] The collective reference of "Defendants" is used for the purposes of this Settlement Motion. *See attached* **Exhibit A** (Joint Stipulation of Settlement and Release) at ¶ 3  ("'Defendants' shall mean Defendants Health Care Bridge, Inc. and Health Care Bridge, LLC . . .") and ¶18 ("Defendants represent, and the Parties agree for the purposes of Settlement, that no Group Member ever had any employment or payroll-related relationship with Home Health [Bridge, LTD].")

27951684.1